No. 15,891.

KLEIN, DOING BUSINESS AS FRANK C. KLEIN & CO. *v.* WELLENSIEK ET AL.
(186 P. [2d] 587)

Decided November 10, 1947.

PER CURIAM.

Judgment affirmed in department without written opinion, MR. CHIEF JUSTICE BURKE, MR. JUSTICE JACKSON and MR. JUSTICE LUXFORD, participating.

Mr. CLARENCE L. BARTHOLIC, Mr. FRANK L. GRANT, for plaintiff in error.

Messrs. WOLVINGTON & WORMWOOD, for defendants in error.